**DISMISS; Opinion Filed May 30, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00545-CV**

**DAVID MASON MONTGOMERY, Appellant**
**V.**
**WACHOVIA BANK, NA, ET AL., Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-13443**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion Per Curiam

The Court has before it appellees' May 1, 2013 motion to dismiss appeal. On April 19, 2013, this Court informed appellant that if he did not remit the $175.00 filing fee for this case within ten days, the appeal could be dismissed without further notice. Appellant has not paid the fee, responded to the motion to dismiss, or otherwise communicated with this Court regarding the appeal. We therefore **GRANT** the motion and **DISMISS** this appeal. *See* TEX. R. APP. P. 42.3.

130545F.P05                                                        PER CURIAM



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DAVID MASON MONTGOMERY,
Appellant

No. 05-13-00545-CV      V.

WACHOVIA BANK, NA, ET AL.,
Appellees

On Appeal from the 298th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 09-13443.
Opinion delivered per curiam. Justices Lang,
Myers and Evans sitting for the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee WACHOVIA BANK, NA, ET AL. recover its costs of this appeal from appellant DAVID MASON MONTGOMERY.


Judgment entered this 30th day of May, 2013.


/David W. Evans//
DAVID W. EVANS
JUSTICE

–2–